**James Blake RAMSEY, aka Blake Ramsey, Plaintiff—Appellant,**

v.

**Teresa SLOAN–KENTNER; et al., Defendants—Appellees.**

No. 08–56169.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 13, 2009.

James Blake Ramsey, Beaumont, CA, pro se.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Paul F. Arentz, Esquire, Pamela J. Holmes, Joel A. Davis, Office of the California Attorney General, Los Angeles, CA, for Defendants–Appellees.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

James Blake Ramsey appeals pro se from the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action alleging constitutional violations and fraud in connection with an unlawful detainer proceeding. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Rhoades v. Avon Prods., Inc.,* 504 F.3d 1151, 1156 (9th Cir.2007), and we affirm.

Ramsey does not raise any contentions concerning the grounds for dismissal, and we thus deem any such challenge abandoned. *See Cook v. Schriro,* 538 F.3d 1000, 1014 n. 5 (9th Cir.2008), *cert. denied,* —— U.S. ——, 129 S.Ct. 1033, 173 L.Ed.2d 301 (2009). Ramsey's procedural challenges are unavailing.

**AFFIRMED.**

---

\** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.